```
                UNITED STATE DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
                       Civil Division
```

_____
                            )
MARINA VASQUEZ MUÑOZ        )
                            )
        Plaintiff           )
                            )
    v.                      )    **Civil Action No. 13-884-JMF**
                            )
THOMAS J. ROSSI, et al.     )
                            )
        Defendants          )
_____)

## ORDER

WHEREFORE, the parties having reached a settlement in this matter, and having moved for dismissal of this action with prejudice as a result of this settlement, it is hereby

ORDERED, that the Mutual Settlement Agreement and Release of Claims executed by and between the parties on December 6, 2013 is hereby adopted by the Court, and

FURTHER ORDERED, that this civil action be and is hereby DISMISSED WITH PREJUDICE.